QUIN DENVIR, Bar #49374
Federal Defender
Melody M. Walcott, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
NASSER T. AHMED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:04cr5270OWW |
| Plaintiff, | STIPULATION TO CONTINUE MOTIONS, MOTIONS FILING DATES, HEARING DATE, AND ORDER THEREON |
| v. | |
| FRANK OZUNA and NASSER T. AHMED, | Date: January 10, 2006 |
| Defendants. | Time: 1:30 p.m.<br>Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the motions scheduled to be filed in the above-captioned case on November 5, 2005, may be filed on or before December 5, 2005; that the filing date for response to the motions may be continued from November 28, 2005 to December 27, 2005; and that the motions hearing in the above captioned case scheduled for December 5, 2005, may be continued to **January 10, 2006 at 1:30 p.m.**

The grounds for the continuance are further defense preparation.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation pursuant to 18 U.S.C. §§3161(h)(1)(F) and (h)(8)(A).

///

///

|  |  |
|---|---|
|  | McGREGOR M. SCOTT<br>United States Attorney |
| DATED: November 22, 2005 | /s/ Karen A. Escobar<br>KAREN A. ESCOBAR<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |
| DATED:  November 22, 2005 | /s/   Eric Green<br>ERIC GREEN<br>Attonrey at Law<br>Attorney for Defendant Frank Ozuna |
|  | QUIN DENVIR<br>Federal Defender |
| DATED: November 22, 2005 | /s/ Melody M. Walcott<br>MELODY M. WALCOTT<br>Assistant Federal Defender<br>Attorney for Defendant Nasser T. Ahmed |

**ORDER**

IT IS SO ORDERED.  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and (h)(8)(A).

DATED: November __23__, 2005          /s/Oliver W. Wanger
                                                                        OLIVER W. WANGER, Judge
                                                                        United States District Court
                                                                        Eastern District of California

Stip.Continue Mtns & Mtns Hrg          2