

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 1:04-cr-5270 OWW |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | ORDER FOR RETURN OF |
| FRANK OZUNA, | ) | NOTE AND DEED OF TRUST |
| | ) | |
| Defendants. | ) | |

The above-named defendant having surrendered to the custody of the Bureau of Prisons as directed;

IT IS HEREBY ORDERED that the Note and Deed of Trust posted in this matter be returned to the surety.

Dated: 4-28-06

OLIVER W. WANGER
United States District Judge